Hoa Hong VAN, Plaintiff—Appellant,

v.

**Jo Anne B. BARNHART, Commissioner of Social Security Administration,\* Defendant—Appellee.**

No. 02–55833.
D.C. No. CV–01–00402–NAJ.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.\*\*

Decided March 20, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

---

\* Jo Anne B. Barnhart is substituted for her predecessor, as Commissioner of the Social Security Administration. Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM \*\*\*

Hoa Hong Van appeals the district court's order remanding her claim for social security benefits to the Administrative Law Judge to consider new evidence of her carpal tunnel syndrome. The district court's order is not final because it remanded Van's case under sentence six of 42 U.S.C. § 409(g). *See Melkonyan v. Sullivan,* 501 U.S. 89, 97, 102, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991) (indicating that the district court's intent determines the nature of the remand). Therefore, we lack jurisdiction to consider Van's appeal.

**DISMISSED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

